

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

## TWELFTH COURT OF APPEALS

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/16/2015 4:19:26 PM
CATHY S. LUSK
Clerk

January 9, 2015

Ms. Connie Wade
101 East Methvin Street
Suite 200
P. O. Box 3049
Longview, TX 75606-3049
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:            12-14-00242-CV
         Trial Court Case Number:  2014-0170-C

**Style:**  Cathy Ann Walker
          v.
          Good Shepherd Medical Center, Inc.

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
      Katrina McClenny, Chief Deputy Clerk

C Mr. Rex A. Nichols Jr. (DELIVERED VIA E-MAIL)
C Ms. Cathy Ann Walker
:

Mandate executed on ___9___ day of ___January___, 2015.

Brief explanation of action taken: _Appeal Dismissed for Want of_

_Prosecution_ _____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us